# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

| | | |
|---|---|---|
| **ARKETHA ROBINSON** | * | |
| **ADC #704415** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 1:05CV00016 WRW/JFF |
| | * | |
| **LARRY NORRIS,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The undersigned previously denied Plaintiff's request for appointment of counsel (docket entry #21). Now pending is Plaintiff Motion for Reconsideration (docket entry #31) in which Plaintiff asserts that counsel is needed to protect her rights at an oral deposition. The Court finds that appointment of counsel for purposes of an oral deposition is not warranted, and there is no cause for the undersigned to revisit earlier findings on this issue. The motion (docket entry #31) is DENIED.

IT IS SO ORDERED this 1st day of December 2005.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT